UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO LEWAYNE PILCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN K. DELANEY,<br><br>  Defendant. | No.  2:20-cv-01873-TLN-KJN<br><br>**ORDER** |

Plaintiff Orlando Lewayne Pilcher ("Plaintiff"), a federal prisoner proceeding *pro se*, has filed this civil action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2020 (ECF No. 5), are ADOPTED IN FULL; and

2. This action is DISMISSED.

IT IS SO ORDERED.

DATED: October 26, 2020

                                          Troy L. Nunley
                                          United States District Judge